IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                    3:03cr79/LAC
                                          3:05cv370/LAC/MD

MICHAEL EDWARD BUSH
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 16, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (doc. 54) is DENIED.

DONE AND ORDERED this 5th day of April, 2007.

                                                             s/*L.A. Collier*
                                                            **LACEY A. COLLIER**
                                                            **SENIOR UNITED STATES DISTRICT JUDGE**